**VICTOR TOOL AND MACHINE CORPO-RATION, a Corporation, and Panama Awning Co., a Corporation, Plaintiffs-Appellants,**

v.

**SUN CONTROL AWNINGS, INC., a Corporation, Sun Control Manufacturing and Distributing Company, a Corporation, and Charles W. Suchner, Jointly and Severally, Defendants-Appellees.**

No. 18749.

United States Court of Appeals Sixth Circuit.

April 17, 1969.

Austin A. Webb, Kalamazoo, Mich., for appellants.

Hiram P. Settle, Jr., Southfield, Mich., Settle, Batchelder & Oltman, Southfield, Mich., on brief, for appellees.

Before EDWARDS and COMBS, Circuit Judges, and McALLISTER, Senior Circuit Judge.

ORDER.

For the reasons stated in the District Judge's opinion, 299 F.Supp. 868, the judgment is affirmed.

■

**William DANTZLER, Appellant,**

v.

**DEFENDER SHIPPING CO., Inc., and Earl J. Smith & Co., Inc.**

No. 17335.

United States Court of Appeals Third Circuit.

Argued June 2, 1969.
Decided June 17, 1969.

Rehearing Denied July 9, 1969.

Edwin E. Naythons, Freedman, Borowsky & Lorry, Philadelphia, Pa., for appellant.

E. Alfred Smith, Krusen, Evans & Byrne, Philadelphia, Pa. (Timothy J. Mahoney, Philadelphia, Pa., on the brief), for appellees.

Before KALODNER, VAN DUSEN and STAHL, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On review of the record we find no error. The Judgment in favor of defendants, Defender Shipping Co., Inc. and Earl J. Smith & Co., Inc. and against the plaintiff, William Dantzler, entered pursuant to the jury's verdict, will be affirmed.